UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

GEORGE FAHME,

                Plaintiff,

           -against-

FOCUS RECEIVABLES MANAGEMENT, LLC,

                Defendant.
------------------------------------------------------------ x

Docket No.: 10cv2139
(RRM) (SMG)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff, GEORGE FAHME, by his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendant FOCUS RECEIVABLES MANAGEMENT, LLC with prejudice.

Dated: New York, New York
       August 13, 2010

___/s/_____
BARRY JACOBS, ESQ. (BJ-0216)
Abrams, Gorelick, Friedman,
& Jacobson, P.C.
Attorney for Defendant
FOCUS RECEIVABLES
MANAGEMENT, LLC
One Battery Park Plaza, 4th Fl.
New York, New York 10004
Tel: (212) 422-1200
Fax: (212) 968-7573
File 7365

ADAM FISHBEIN, ESQ.
Attorney for Plaintiff
GEORGE FAHME
483 Chestnut Street
Cederhurst, New York 11516
Tel: (516) 791-4400
Fax: (516) 791-4411